# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| KEITH THOMAS, | ) 1:06-cv-00195-AWI-TAG HC |
| Petitioner, | ) ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION |
| v. | ) (Doc. 4) |
| FEDERAL CONGRESS, et al., | ) ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE (Doc. 1) |
| Respondents. | ) |
| | ORDER DIRECTING CLERK OF COURT TO CLOSE FILE |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant federal petition for writ of habeas corpus was transferred to the Eastern District of California on February 22, 2006. (Doc. 1). The petition, which names as Respondents the "Federal Congress," Senators Barbara Boxer and Barack Obama, and "Federal Reserves," appears to challenge Respondent's authority to "coin money." (Id.). The petition does not challenge the fact or execution of Petitioner's current sentence of incarceration. On March 29, 2006, Petitioner filed the instant motion to voluntarily dismiss the petition. (Doc. 4).

Subject to other provisions of law, a Petitioner may voluntarily dismiss an action without

1

leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper. Id. Here, no answer has been served or filed.

Accordingly, IT IS ORDERED as follows:

1. Petitioner's motion for voluntary dismissal (Doc. 4), is GRANTED;

2. The petition for writ of habeas corpus (Doc. 1), is DISMISSED without prejudice; and,

3. The Clerk of the Court is DIRECTED to close this action because this order terminates the proceedings in its entirety.

IT IS SO ORDERED.

**Dated:   April 7, 2006**             /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE